IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,               No. CR S-97-0574 GEB DAD P

  vs.

ABDEL RAZZAQ M. DAAS,

    Movant.                  <u>ORDER</u>

_____/

       Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255.  The matter was referred to a United States Magistrate Judge for further proceedings.

       On June 20, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten court days.  Neither party has filed objections to the findings and recommendations.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 20, 2005, are adopted in full;

2. Respondent's March 16, 2005 motion to dismiss is granted;

3. Movant's December 22, 2004 motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence is dismissed; and

4. The Clerk of the Court is directed to close the companion civil case, No. CIV. S-04-2688 GEB.

Dated:  July 18, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge